Louis Holger 396774
Lawful Money 12 U.S.C. §411
Anchorage Correctional Complex West
1300 East 4th Avenue
Anchorage, Alaska -99501

RECEIVED
JAN 22 2020
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

In The District Court of The United States
For The District of Alaska
Article III 3:15-cv-00046

| | |
|---|---|
| Louis Holger, Michael Anthony Ogle, The Native American Tribes of The North American Continent, et al.<br><br>Plaintiffs<br><br>vs.<br><br>Violent Pedophiles →<br>→ Timothy Mark Burgess,<br>→ Gary George Colbath,<br>→ Jonas M. Walker,<br>→ Marlin L. Ritzman,<br>→ Carla R. Erickson<br>→ Veronica P. Driskill<br>→ Karen D. Morrison<br>→ Ralph R. Beistline, et al<br>Violent Pedophile Defendants | Motion For Relief From A Final Judgment Pursuant With Fed.R.Civ.P. 60(b)(3)(4)<br><br>Attachment #1<br>Native Couple Attacked & Newborn Daughter Kidnapped. Zero Action Taken By Law Enforcement. ATTN: FBI Child Exploitation Task Force Special Agent Steve Forrest.<br><br>Attachment #2<br>Bogus Judgment<br><br>Case No. 3:18-cv-00277 |

Motion For Relief From A Final Judgment Pursuant With Fed.R.Civ.P. 60(b)(3)(4)

## AUTHORITIES

TITLE 28 U.S.C. JUDICIARY & JUDICIAL PROCEDURE. PART V PROCEDURE. CH 113 PROCESS. §1691 Seal & teste of Process. All writs & process issuing from a Court of the United States shall be under the seal of the Court & signed by the Clerk thereof.

Page 1 of 3

# FEDERAL RULES OF CIVIL PROCEDURE Rule 60(b)(3)(4)

(b) On Motion 3 Just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:.....
    (3) Fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
    (4) the judgment is void.

## GLOSSARY

Mirriam-Webster's Dictionary of Law © 2016

**extrinsic fraud -**
Fraud that induces one to not present a case in court or deprives one of the opportunity to be heard.

## MOTION

I Louis Holger, a Plaintiff in this matter 3 a People of the United States in this Article III Court of Record, make the following motion under duress due to the Corrupted Corporate Attorney, **Ralph R. Beistline** having exceeded both his office 3 jurisdiction.

    I Motion the Court for relief of the Final Judgment, located at attachment #2, based upon the following acts of **extrinsic fraud** (not limited to):

1. **Ralph R. Beistline** does not have jurisdiction to render orders, rulings, or judgments in this matter for the following reasons:
    (i) Jurisdiction is clearly established under the authority of Article III of the U.S. Constitution, as declaired on Page #6 of 39 in the original Complaint (Document #1)
    (ii) **Ralph R. Beistline** is the 73rd named defendant in this matter. **Ralph R. Beistline** can not preside over a matter in which he is listed as a named defendant. **Ralph R. Beistline** is the 73rd named defendant 3 is listed as such on Page #2 of 39 in the original Complaint (Document #1).

2. A Jury trial was demanded on Page #7 of 39 in the original Complaint (Document #1). **Ralph R. Beistline** Falsely claims, in the bogus judgment located at Attachment #2, that there was a trial by Judge. This is a **bold Face Lie!** I was never notified of a trial date, there is no mention of a trial anywhere in the case file (other than in the bogus judgment), nor in the docket report, nor was I or Michael Anthony Ogle (Plaintiffs) given an opportunity to attend whatever fictitious trial by Judge that **Ralph R. Beistline** falsely claims happened.

Page 2 of 3

3. Ralph R. Beistline is committing extrinsic Fraud, unlawfully inducing me to not present my case in court & depriving me, & other Plaintiffs, of the opportunity to be heard. Attachment #1 is an affidavit (under Penalty of Perjury) explaining 1 Atrocity, of many, perpetrated upon myself, my wife & children by named defendants Carla R. Erickson (listed as the 48th defendant - Page #2 of 39 in the original Complaint), Karen D. Morrison (listed as the 50th defendant), & Veronica P. Driskill (listed as the 51st defendant). The claims outlined in Attachment #1, titled "Native Couple Attacked & Newborn Daughter Kidnapped. Zero Action Taken By Law Enforcement", were initially presented in Document 1-16, Page #1, Paragraph #5 & Page #2, Paragraph #1 of the original Complaint.

I motion the court for relief of the Final Judgment, located at Attachment #2, pursuant with Fed. R. Civ. P. 60(b)(4), on the grounds that the judgment is void because it is not properly validated, nor authenticated, thus it is void based upon the following facts:

1. The bogus judgment does not contain the Seal of the Court as required by 28 U.S.C. §1691.
2. The bogus judgment does not contain the signature of the Clerk as required by 28 U.S.C. §1691.

I declair under Penalty of Perjury that the information contained herein is true & correct to the best of my knowledge.

## NOTICE

Ralph R. Beistline is a conspirator. He uses his office to proffit financially off kidnapping, child human sex trafficking, violent pedophilia, & rape. Ralph R. Beistline & his fellow sexual predators routenely and systematically target & prey upon innocent women & innocent children in their rape for proffit kidnapping & sex trafficking scandle. Ralph R. Beistline is a violent pedophile who has a financial interest in beating & rapeing prepubesent children.

Ask yourself why they pretend to be oblivious of my claims of them being Violent Pedophile Child Sex trafficking Baby Rapeists.

Louis Holger  Dec Jan 2, 2020
Louis Holger                Date
A People of the
United States
Galactic Federation of Light

Page 3 of 3

Louis Holger EKLUND #396774
Anchorage Correctional Complex West
1300 East 4th Avenue
Anchorage, Alaska - 99501 -

neopost
01/17/2020
US POSTAGE $000.65⁰

FIRST-CLASS MAIL



ZIP 99501
041L11253886

United States District Court
For The District of Alaska
Office of the Clerk of Court
222 West 7th Avenue #4
Anchorage, Alaska - 99513 -