# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| LOUIS HOLGER, et al.<br>*Plaintiff*<br>v.<br>TIMOTHY MARK BURGESS, et al.<br>*Defendant* | Civil Action No. 3:18-cv-00277-RRB |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: This case is dismissed with prejudice. This dismissal constitutes a "strike" under 28 U.S.C. 1915(g).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

_____ without a jury and the above decision

☐ decided by Judge _____ on a motion for _____ .

APPROVED:

**s/Ralph R. Beistline**
Ralph R. Beistline
United States District Judge

Date: January 27, 2020

**Brian D. Karth**
Brian D. Karth
Clerk of Court

Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.